

**FILED**
12/4/2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

Adana R. Finch

      Plaintiff(s),

14CV7816
JUDGE DARRAH
MAG. JUDGE BROWN

## V.

Real Page Inc.

      Defendant(s),

RECEIVED

OCT X 7 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT

Now comes the Plaintiff against the Defendant(s) and complain(s) as follows:

Real Page has improperly obtained access to my file; **knowingly, negligently, fraudulently, and willfully misused my file data.**

### JURISDICTION AND VENUE

1. This action arises under, and jurisdiction is founded, on **28 U.S.C. 1332**. Violation of the Fair Credit Reporting Act (**"FRCA"), 15 U.S.C. § 1681**. The Illinois Consumer Fraud and Deceptive Practices Act (**"CFA"), 815 ILCS 505/2.**

2. Jurisdiction also exists under **15 U.S.C. § 1681p** and under **15 U.S.C. § 1691e.**

Supplemental Jurisdiction exists for the state law claims pursuant to **28 U.S.C. § 1367.**

3. The Venue is proper in this district because the Defendant is proper pursuant to **28 U.S.C.**

**§ 1391(b)** as the acts and transactions giving rise to this lawsuit occurred in the district and

because Defendants can be found, have agents, and transact substantial business within this

district, and the interests of justice require maintenance of this action in this district.

## PARTIES

5. **Plaintiff** is a citizen of the State of Illinois and resides in Cook County, Illinois. **Defendant** is

a corporation doing business in Illinois, including Cook County.

## FACTS

6. **Paragraph (1.)** The first I've ever heard of a Real Page / Leasing Desk was the day I applied

for an apartment with the Woodbury Apartments, sometime between the 1st and the 6th of

August 2013. I learned that The Fox View Apartments had fraudulently added false information

to my credit file, knowing that when I moved out I was at a zero balance. Due to this outrageous

balance, **The Woodbury Apartments** were skeptical about renting to me.

**Paragraph (2)** I had went through a lot just to locate documents and receipt. I did not owe them any money, in the credit report states that I owed them $3,800.00 dollars. All of my things were in a storage garage due to me and my family being homeless, this is why it was so hard to get the necessary documents needed for the complex. This an issue with them allowing me rent the apartment, I had to clear this up first.

**Paragraph (3)** September 13, 2013 was the day I was finally able to receive keys, due to the $3,800.00 debt my security deposit went from $600.00 dollars to $980.00 dollars. I had to contact the fox view apartment complex about this matter, hoping they could straighten things out. After leaving several messages, The Fox View Management Team never called me back, but they did reach out to The Woodbury Apartments, no one ever reached out to me nor did they return any of my phone calls or messages.

**Paragraph (4)** When I settled into my new apartment I contacted Real Page with a lot of questions about this debt on my credit report, they would not give me any real answers. Real Page believes that because they removed false information from the credit file allegedly, I will go away but it's hard knowing they did this to me. I just can't let this go due to them allowing Ms. Jeanette Buerger to torment me and my children, and not holding her reliable for her actions.

**Paragraph (5)** I've contacted Real Page over four times in 2013 and about four or five more times 2014, I wanted to know who, when and why exactly was this false information added to my credit file, no straight answer. Real Page states that if I'm not satisfied with a CRAs reinvestigation, I could send a brief statement to be placed in my file explaining the inaccuracy, to my knowledge nothing has been placed in my file.

**Paragraph (6) "Real Page"** also states that I have the right to know of all inquiries made to a **CRA** relating to my credit file, including all recipients of your credit report, **CRA** must provide to you a list of anyone who has inquired about your credit file in the last 12 months, still to this day they have failed to give me any of the important information. "**Real Page**" also states that you have a right to bring an action specifically against anyone who knowingly or willfully misuses your credit file data or improperly obtains access to your credit file. **"Real Page"** has not allowed me any accesses to the file, just the normal information.

**Paragraph (7)** I filed a complaint with the Illinois Department of Human Rights on 12/2013. After the Investigator Paul Galbraith contacted me to sign a release form, I signed and faxed the document right back to a Ms. Lathesia, she's an employee with Real Page. April 8, 2014 Real Page was to release all of my information to the Investigator, they never did release the information. I was thrown off onto a manager, Ms. Becky Boyst.

Ms. Becky Boyst was very cold towards me, she would not even release any of my own information to me nor to the investigator. Ms. Becky Boyst also stated to me that my file is with their attorneys, then she brushed me off. Real Page stop answering all my calls. June 27, 2014 I contacted The Illinois Attorney General Office for help, nothing happened they wasn't able to help either.

## COUNT 1

**Plaintiff** states and alleges violation of **28 U.S.C. 1332**. Violation of the Fair Credit Reporting Act **("FRCA"), 15 U.S.C. § 1681**. The Illinois Consumer Fraud and Deceptive Practices Act **("CFA"), 815 ILCS 505/2.**

**Wherefore, Plaintiff(s) seeks the following: Trial by jury on the charge raised in this complaint if the law allows.**

**1.) Plaintiff(s) states and alleges Paragraphs 1- 7 are true to the best of my ability.**

**2.)** By virtue of its refusal to honor plaintiff(s) request of all information in her credit file, defendant(s) violated the law by keeping valuable information from me, they knew who maliciously added false information to my credit file and failed to give me the information.

**3.)** As a result plaintiff(s) have suffered harm in the format of being humiliated by applying for places and not knowing false information was added to my file, Fox View Apartments stated NO retaliation from Ms. Jeanette Buerger, clearly she was the one that maliciously added this false information to my credit file allegedly, Real Page kept the information from me and the Illinois Department of Human Rights.

Ms. Dee Willis-Beacham stated in a sworn testimony that Fox View Apartments / Steadfast Management does not use Real Page they only use Yardi, that's not true she lied under oath. She did admit that maybe fox view did but at the end of the day there the same company.

**4.)** As a result, Plaintiff(s) have suffered harm in the form of all paragraphs, it has stressed me out to the point I'm in therapy due to all the stress.

**5.) Wherefore Plaintiff(s) request that this Court find that the Defendant(s) are liable and to award the plaintiff all damages as permitted by law, and all cost incurred by this suit, including any attorney's fees.**

Respectfully submitted,

Ms. Adana R. Finch

P.O. Box 95525

(847) 915-2298