IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Adana R. Finch,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**Real Page Inc. ,**<br><br>　　　　　Defendant. | No.  1:14-cv-07816<br><br>Honorable John Robert Blakey<br>Magistrate Judge Geraldine Brown |

## NOTICE OF MOTION

To:　　Lori Finkelston[1]
　　　　Vice-President, Associate General Counsel
　　　　RealPage, Inc.
　　　　4000 International Parkway
　　　　Carrollton, Texas 75007-1913

　　　　PLEASE TAKE NOTICE that on March 12, 2015 at 9:45 a.m., Plaintiff shall appear before the Honorable John Robert Blakey in Room 2201 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **Plaintiff's Second Agreed Motion to Extend Time to Answer or Otherwise Plead**, a copy of which is attached hereto and served upon you.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　By:　　/s/ Dana S. Connell
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Adana R. Finch

Dana S. Connell ARDC# 06183652
O. Hanna Badmus ARDC# 6308524
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL  60654
Telephone:  312.372.5520

Dated: March 6, 2015

---

[1] Appearance not filed, notifying by agreement.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, I electronically filed the foregoing Notice of Motion and Second Agreed Motion to Extend Time to Answer or Otherwise Plead with the Clerk of the U.S. District Court using the CM/ECF system. Notification of this filing will be sent via U.S. Mail, postage prepaid, before the hour of 5:00 p.m. on March 6, 2015:

Lori Finkelston[2]
Vice-President, Associate General Counsel
RealPage, Inc.
4000 International Parkway
Carrollton, Texas 75007-1913

By: /s/ Dana S. Connell
Dana S. Connell ARDC# 06183652
O. Hanna Badmus ARDC# 6308524
LITTLER MENDELSON, P.C.
A Professional Corporation
321 North Clark Street
Suite 1000
Chicago, IL 60654
Telephone: 312.372.5520
Facsimile: 312.372.7880

Firmwide:131483029.2 850000.2070

---

[2] Appearance not filed, notifying by agreement.