# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Adana R. Finch

                    Plaintiff,

v.	Case No.: 1:14–cv–07816
    Honorable John Robert Blakey

Real Page Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 9, 2015:

    MINUTE entry before the Honorable John Robert Blakey: The parties' second agreed motion to extend time to answer or otherwise plead [20] is granted. The defendant's answer (or other responsive pleading) is now due 3/27/15. The 3/12/15 Notice of Motion date is stricken; the parties need not appear. The 4/13/15 status hearing date stands. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.