IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Adana R. Finch,**<br><br>      Plaintiff,<br><br>    v.<br><br>**RealPage Inc.,**<br><br>      Defendant. | No. 1:14-cv-07816<br><br>Honorable John Robert Blakey<br>Magistrate Judge Geraldine Brown |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) Plaintiff, Adana R. Finch dismisses her Complaint with prejudice and without costs to either party.

          Respectfully submitted,

          By: /s Dana S. Connell

Dana S. Connell – ARDC# 06183652
O. Hanna Badmus – ARDC #6308524
LITTLER MENDELSON, P.C.
321 N. Clark Street
Suite 1000
Chicago, IL 60654
(312) 372-5520 – Phone
(312) 372-7880 – Fax

Dated: March 19, 2015

Firmwide:132039097.1 850000.2070