UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Adana R. Finch
                    Plaintiff,

v.                                    Case No.: 1:14–cv–07816
                                           Honorable John Robert Blakey

Real Page Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 20, 2015:

      MINUTE entry before the Honorable John Robert Blakey: Pursuant to plaintiff's notice of dismissal [23], this case is hereby dismissed with prejudice and without costs. The 4/13/15 status hearing date is stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.